UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MT. HAWLEY INSURANCE COMPANY, :
:
                  Plaintiff, : 25-CV-5614 (JMF)
:
     -v- : ORDER
:
EMBATTLE PROTECTIVE SERVICES, INC., :
:
                  Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Complaint in this case was filed with the Court on July 8, 2025, *see* ECF No. 1, but the docket does not reflect that the Complaint has been served on Defendant. In view of that and the lack of an appearance by Defendant, the initial pretrial conference currently scheduled for November 5, 2025, *see* ECF No. 14, is hereby ADJOURNED to **December 10, 2025**, at **9:00 a.m.**

      Plaintiff is reminded that Rule 4(m) of the Federal Rules of Civil Procedure requires dismissal without prejudice if a plaintiff does not serve the defendant with the summons and complaint within 90 days, absent good cause. The Court extended the service deadline to December 4, 2025, but is unlikely to grant any further extensions. Plaintiff shall promptly file proof of service after service is made.

      SO ORDERED.

Dated: October 27, 2025
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge